AO 247 (Rev. 08/14) ALSD Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No: 09-00041-001 |
| MENDRELL PRITCHETT | ) | USM No: 10614-003 |
| | ) | |
| Date of Original Judgment: Oct. 27, 2009 | ) | |
| Date of Previous Amended Judgment: | ) | Chase Dearman |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑DENIED. ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

### ADDITIONAL COMMENTS

Mendrell Pritchett is not eligible for a sentence reduction under Amendment 782 to the Sentencing Guidelines. At the time of sentencing, the defendant was determined to be a career offender and his total offense level was driven by the career offender guidelines, not the drug guidelines. Therefore, Pritchett would not benefit from a guideline recalculation.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: November 19, 2015                    /s/ Callie V. S. Granade
                                                    *Judge's signature*

Effective Date: _____                    United States District Judge
*(if different from order date)*                  *Printed name and title*